860

No. 863. PARLEX HOLDING CORP. v. NEW YORK CITY. June 1, 1931. Petition for writ of certiorari to the Supreme Court of New York County, New York, denied. *Mr. Martin Conboy* for petitioner. *Mr. Arthur J. W. Hilly* for respondent.

No. 864. MEYERSDALE FUEL CO. v. UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Claims denied. *Messrs. R. Lester Moore* and *Frank K. Nebeker* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *Ralph C. Williamson* for the United States.

No. 867. COLUMBIA STEEL & SHAFTING CO. v. UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Edward B. Burling, William A. Seifert,* and *Newell W. Ellison* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch, Charles R. Pollard, H. Brian Holland,* and *William H. Riley, Jr.,* for the United States.

No. 871. CLAYTON v. UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Claims denied. *Messrs. R. C. Fulbright* and *John C. White* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch, Charles R. Pollard,* and *William H. Riley, Jr.,* for the United States.

No. 875. MANN v. UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Court of Claims denied.